■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE TARVER, Also Known as WILLIE LEE GRIFFIN, Also Known as LITTLE RED, Appellant. [913 NYS2d 118]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered January 28, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIUS BROWN, Appellant. (Appeal No. 1.) [913 NYS2d 118]—Appeal from a judgment of the Wayne County Court (John B. Nesbitt, J.), rendered June 25, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.